IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 4 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARY OLVERA, individually and as representative of the estate of DAVID OLVERA, deceased, and next friend of JACLYN OLVERA, DEBBIE OLVERA, and IRIS OLVERA minor children,<br>　　　　Plaintiff,<br><br>VS.<br><br>JUAN JOSE TREVIÑO, PEDRO DOMINGUEZ, and JUAN MANUEL SALINAS, individually and in their official capacities as police officers, the BROWNSVILLE POLICE DEPARTMENT, and the CITY OF BROWNSVILLE,<br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§　CIVIL ACTION NO. B-01-173<br>§<br>§　(JURY REQUESTED)<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### DEFENDANTS' NOTICE TO THE COURT OF THEIR FILING OF THEIR INITIAL DISCLOSURE TO PLAINTIFFS UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a)

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

　　COMES NOW, Defendants the City of Brownsville, the Brownsville Police Department, Pete Dominguez, Juan Salinas, and Juan Jose Treviño, all individually and in their official capacities, and file this their Notice to the Court of their Filing of their Initial Disclosures to Plaintiffs Under Federal Rule of Civil Procedure 26(a).

1

## I.

Defendants hereby give notice to the Court of the filing of their Initial Disclosures under Federal Rule of Civil Procedure 26(a).

Signed on October 24, 2001.

                                  Respectfully submitted,

                                  WILLETTE & GUERRA, L.L.P.
                                  International Plaza, Ste. 460
                                  3505 Boca Chica Blvd.
                                  Brownsville, Texas 78521
                                  Telephone: (956) 541-1846
                                  Facsimile: (956) 541-1893

                                  By: _____
                                  George C. Kraehe
                                  State Bar No. 00792631
                                  USDC Adm. No. 19355

                                  Attorneys for Defendants City of Brownsville, Brownsville Police Department, Dominguez, Salinas, and Treviño

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served by mailing same, certified mail, return receipt requested, on October 24, 2001, on all counsel of record as follows:

Ms. Angela Nix
ATTORNEY AT LAW
955 East Madison Street
Brownsville, Texas 78520

Mr. Joe Hernandez
Ball & Weed
745 E. Mulberry, Suite 500
San Antonio, Texas 78212

*George C. Kraehe*
George C. Kraehe