5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 17 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARY OLVERA, individually and as representative of the estate of DAVID OLVERA, deceased, and next friend of JACLYN OLVERA, DEBBIE OLVERA, and IRIS OLVERA minor children,<br>　　　　　Plaintiff,<br><br>VS.<br><br>JUAN JOSE TREVIÑO, PEDRO DOMINGUEZ, and JUAN MANUEL SALINAS, individually and in their official capacities as police officers, the BROWNSVILLE POLICE DEPARTMENT, and the CITY OF BROWNSVILLE,<br>　　　　　Defendants. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-01-173<br><br>(JURY REQUESTED) |

**JOINT REPORT ON MEETING REQUIRED BY RULE 26(F)
AND JOINT DISCOVERY/CASE MANAGEMENT PLAN**

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

    Joe H. Hernandez, Jr., attorney for Plaintiff
    Charles Willette, Jr., attorney for Defendants

    By telephone on November 21, 2001 and December 14, 2001.

2. List the cases related to this one that are pending in any state or federal court, with the case number and court.

    None.

3. Specify the allegation of federal jurisdiction.

    Jurisdiction and venue are proper in this Court under 28 U.S.C. §§ 1331 and 1343.

1

4.  Name the parties who disagree and the reasons.

    None.

5.  List additional anticipated parties that should be included, when they can be added, and by whom they are wanted.

    None.

6.  List anticipated interventions.

    None.

7.  Describe class-action issues.

    None.

8.  State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

    Plaintiffs and Defendants have made their initial disclosures required by Rule 26(a).

9.  Describe the proposed agreed discovery plan, including:

    (a)  Responses to all the matters raised in Rule 26(f).

         None at this time.

    (b)  When and to whom the Plaintiff anticipates she may send formal written discovery.

         Plaintiff anticipates sending interrogatories, requests for production, and requests for admissions to Defendants no later than thirty (30) days following the initial scheduling conference.

    (c)  When and to whom the Defendants anticipate they may send formal written discovery.

         Defendants anticipates sending interrogatories, requests for production, and requests for admission on Plaintiff no later than thirty (30) days following the initial scheduling conference.

(d) Of whom and by when the Plaintiff anticipates taking oral depositions.

Plaintiff anticipates taking the oral depositions of Defendants and their witnesses no later than one-hundred-twenty (120) days following the initial scheduling conference. Plaintiff anticipates taking the oral depositions by that time of any other witnesses Defendants may designate.

(e) Of whom and by when the Defendants anticipate taking oral depositions.

Defendants anticipates taking the oral depositions of Plaintiff, Iris Denise Olvera, Debbie Michelle Olvera, and Jaclyn Olvera no later than one-hundred-twenty (120) days after the initial scheduling conference. Defendants anticipate taking the oral depositions by that time of any other witnesses Plaintiff may designate.

(f) List expert depositions the Plaintiff anticipates taking and his anticipated completion date.

Plaintiff anticipates taking all expert depositions within 180 days after the initial scheduling conference.

(g) List expert depositions the Defendants anticipate taking and their anticipated completion date.

Defendants anticipate taking all expert depositions within 180 days after the initial scheduling conference.

10. If the parties are not agreed on a part of discovery plan, describe the separate views and proposals of each party.

None.

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

Defendants have propounded written interrogatories and requests for production.

12. State the date the planned discovery can reasonably be completed.

We anticipate that planned discovery can reasonably be completed within 180 days following the initial scheduling conference.

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in the Rule 26(f) meeting.

3

        The parties need to conduct further discovery to better evaluate this case for settlement.

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

    Each party is investigating the facts of this case with any eye to prompt resolution of this matter.

15. From the attorneys' discussion with their clients, state the alternative dispute resolution techniques that are reasonably suitable.

    Mediation may be considered at a later date.

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties joining position on a trial before a magistrate judge.

    The parties do consent to trial before a magistrate at this time.

17. State whether a jury demand has been made and if it was made on time.

    A jury demand was timely made.

18. Specify the number of hours it will take to present the evidence in this case.

    We anticipate it will take sixty (60) hours to present the evidence in this case.

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    None at this time.

20. List other motions pending.

    None at this time.

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

    None.

22. List the names, bar numbers, addresses, and telephone numbers of all counsel.

Signed on December 17th, 2001.

| | |
|---|---|
| LAW OFFICE OF | LAW OFFICES OF |
| Joe H. Hernandez, Jr. P.L.L.C. | WILLETTE & GUERRA, L.L.P. |
| 955 East Madison | International Plaza, Suite 460 |
| Brownsville, Texas 78520 | 3505 Boca Chica Blvd. |
| Phone (956) 548-1221 | Brownsville, Texas 78520 |
| Fax (956) 548-1230 | (956) 541-1846 Phone |
| | (956) 541-1893 Fax |
| | |
| Joe H. Hernandez, Jr. | Charles Willette, Jr. |
| Federal Id. No. 15145 | Federal Id. No. 1937 |
| State Bar No. 09517700 | State Bar No. 21509700 |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |