UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

JAN 1 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARY OLVERA | § |
| | § |
| | § |
| versus | §    CIVIL ACTION NO: B: 01-173 |
| | § |
| | § |
| JUAN JOSE TREVINO, et al | § |

## Order Resetting Conference

The initial pre-trial conference set for *February 18, 2002,* has been reset to:

## February 25, 2002 at 1:45 p.m.

Signed on _January 10_, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge