1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY OLVERA, individually and as representative of the estate of DAVID OLVERA, deceased, and next friend of JACLYN OLVERA, DEBBIE OLVERA, and IRIS OLVERA minor children,<br>　　　　　　Plaintiff,<br><br>VS.<br><br><br>JUAN JOSE TREVIÑO, PEDRO DOMINGUEZ, and JUAN MANUEL SALINAS, individually and in their official capacities as police officers, the BROWNSVILLE POLICE DEPARTMENT, and the CITY OF BROWNSVILLE,<br>　　　　　　Defendants. | §§§§§§§§§§§§§§§§ | **United States District Court**<br>**Southern District of Texas**<br>**FILED**<br><br>JAN 1 4 2002<br><br>**Michael N. Milby**<br>**Clerk of Court**<br><br>CIVIL ACTION NO. B-01-173<br><br>(JURY REQUESTED) |

## DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW Juan Jose Treviño, Pedro Dominguez and Juan Manuel Salinas, individually and in their official capacities as police officers, the Brownsville Police Department, and the City of Brownsville, Defendants in the above-styled and numbered action, and file this their Unopposed Motion for Continuance of Initial Pre-Trial Conference and in support thereof would show as follows:

I.

This case was previously scheduled for its initial pre-trial conference on February 18,

1

2002 and due to that being a federal holiday, the court reset the pre-trial conference to February 25, 2002 at 1:45 p.m. Counsel for Defendants has, for several months, had plans to be on a scheduled vacation during this week. Counsel for the Defendants is scheduled to be out of town during the entire week of February 25, 2002 and will not be able, for personal reasons, to attend the pre-trial conference.

## II.

Counsel for Defendants would request that this Court reset the initial pre-trial conference for at least two (2) weeks, or longer, from its present setting.

## III.

Plaintiffs' counsel is not opposed to this request.

## IV.

Defendants would show that this Motion is not being submitted for purposes of harassment or delay, but solely so that the interest of justice may be served.

WHEREFORE, PREMISES CONSIDERED, Defendants would request that this matter be reset from its current initial pre-trial conference of February 25, 2002 to, at least, two (2) weeks or longer from its present setting and that Defendants have such other and further relief to which they may show themselves to be justly entitled.

Signed on this the \_\_14th\_\_ day of January, 2002.

                               Respectfully submitted,

                               WILLETTE & GUERRA, L.L.P.
                               International Plaza, Suite 460
                               3505 Boca Chica Boulevard
                               Brownsville, Texas   78521
                               Telephone: (956)541-1846
                               Telecopier: (956)541-1893

By: _____
                               Charles Willette, Jr.
                               State Bar No. 21509700
                               USDC No. 1937
                               Attorney for Defendants

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he has conferred with opposing counsel concerning this motion. Opposing counsel is not opposed to the motion and relief requested herein.

_____
Charles Willette, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **DEFENDANTS' MOTION FOR CONTINUANCE** has on this the ___14___ day of January, 2002 been forwarded via certified mail, return receipt requested to:

Joe Hernandez
ATTORNEY AT LAW
955 East Madison Street
Brownsville, Texas 78520

Ms. Angela Nix
ATTORNEY AT LAW
955 East Madison Street
Brownsville, Texas 78520

_____
Charles Willette, Jr.

4