8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARY OLVERA, individually and as representative of the estate of DAVID OLVERA, deceased, and next friend of JACLYN OLVERA, DEBBIE OLVERA, and IRIS OLVERA minor children, Plaintiff, VS. JUAN JOSE TREVIÑO, PEDRO DOMINGUEZ, and JUAN MANUEL SALINAS, individually and in their official capacities as police officers, the BROWNSVILLE POLICE DEPARTMENT, and the CITY OF BROWNSVILLE, Defendants. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-01-173 (JURY REQUESTED) |

### ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

On the __17th__ day of __January__, 2002, this cause came on to be considered the *Unopposed Motion for Continuance*. The Court, after reading the Unopposed Motion for Continuance is of the opinion that such Motion for Continuance should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Unopposed Motion for Continuance be and is hereby granted and that the initial pre-trial conference in above entitled and numbered cause be reset for the __18th__ day of __March__ 2002, at __3:00__ o'clock p.m.

SIGNED on this the __17th__ day of __January__, 2002.

_____
JUDGE PRESIDING