C
1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 3 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Mary Olvera, et al., | § § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. B-01-173 |
| Juan Jose Treviño, et al., | § § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on January 31, 2002, the Court considered the Parties' Joint Discovery / Case Management Plan [Dkt. No. 5], in which they indicate that the Parties agree to trial before a magistrate judge [¶ 16].

If the Parties submit a signed Consent to Proceed Before a Magistrate Judge by 4:00 p.m. on Friday, February, 8, 2002, initial pre-trial conference in this Court will be taken off the docket and re-set by Magistrate Judge Felix Recio. However, if the Parties fail to sign and return the consent form, initial pre-trial conference will proceed as scheduled in this Court on Monday, February 25, 2002.

DONE at Brownsville, Texas, this 31st day of January, 2002.

Hilda G. Tagle
United States District Judge