10

===============================================================
# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS
===============================================================

Southern District of Texas
ENTERED

MARY OLVERA, ET AL            *                          FEB 1 1 2002

VS                            *   C.A. NO.  B-01-173     Michael N. Milby, Clerk of Court
                                                         By Deputy Clerk
JUAN JOSE TREVINO, ET AL      *

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| Charles Willette, Jr. | All Defendants | 2-1-2002 |
| Joe Hernandez | All Plaintiffs | 2-1-2002 |
| | | |
| | | |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

2/7/02
Date

United States District Judge

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**