# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**FEB 1 4 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk 

MARY OLVERA, ET AL                    *

vs                                    *        CIVIL ACTION NO.  B-01-173
                                                                 (636(c))
JUAN JOSE TREVINO, ET AL              *


TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS
BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

====================================================================

### INITIAL PRETRIAL CONFERENCE

## March 18, 2002, @ 2:00 P.M.

### BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

====================================================================

PLACE:      UNITED STATES DISTRICT COURT
            600 E. Harrison, 2nd Floor
            Brownsville, Texas 78520
            (956) 548-2701

====================================================================


### BY ORDER OF THE COURT


February 13, 2002


cc:     Counsel of Record