12

## CHAMBERS MINUTES

Felix Recio, U.S. Magistrate Judge
Southern District of Texas, Brownsville Division

Law Clerk:     Ryan A Byrd

United States District Court
Southern District of Texas
FILED

MAR 2 0 2002

Michael N. Milby
Clerk of Court

Date:          March 18, 2002, 2:00 p.m.

------------------------------------------------------------------
                    C.A. NO. B-01-173 (636(c))
------------------------------------------------------------------

| | | |
|---|---|---|
| MARY OLVERA, Individually | * | Joe H Hernandez, Jr. |
| And as representative of the state of DAVID OLVERA deceased, | * | " |
| And next friend of JACLYN OLVERA, DEBBIE OLVERA, and IRIS OLVERA minor children | * | " |
| VS | * | |
| JUAN JOSE TREVINO, PEDRO DOMINGUEZ, And Juan MANUEL SALINAS, Individually and in their official capacities as Police Officers | * | Charles Willette, Jr. & Eddie Garza |
| BROWNSVILLE POLICE DEPARTMENT | * | " |
| And CITY OF BROWNSVILLE | * | " |

------------------------------------------------------------------

### INITIAL PRETRIAL CONFERENCE

Attorneys Hernandez, Willette and Garza appeared.

The parties agreed the docket dates. A scheduling order will be issued.