# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
HUGH P. TOUCHY
EILEEN M. LEEDS

ELIZABETH SANDOVAL CANTU*
ROBERT L. DRINKARD*
ROMAN "DINO" ESPARZA
EDUARDO G. GARZA
AMY LAWLER GONZALES
RYAN HENRY
SETH MOORE

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266
FACSIMILE: (956) 686-5913

United States District Court
Southern District of Texas
FILED

MAY 0 7 2002

Michael N. Milby
Clerk of Court

April 15, 2002

*Via Facsimile (956) 548-0522*
Mr. Joe Hernandez
Attorney at Law
955 E. Madison Street
Brownsville, Texas 78520

Re: Cause No. B-01-173
Mary Olvera, et al. vs.
Juan Jose Treviño, et al.
For the Southern District of Texas
Brownsville Division
Our File No. 00-216 CW/EG

Dear Joe:

As we discussed, please allow this to serve as a confidentiality agreement regarding the following documents we provided to you:

1. All personnel files and the information contained therein of Brownsville Police Department officers excepting the three named defendants;
2. All medical information of Brownsville Police Department officers excepting the three named defendants;
3. Any disciplinary or disciplinary investigation materials of Brownsville Police Department officers excepting the three named defendants;
4. Psychological records concerning the three named officers.

Our agreement is that you will be able to use these items and information for the purposes of this case, but that Plaintiffs will not disclose this information to any third party not directly involved in this lawsuit at any time. The agreement would also require that after the conclusion of this case, you return these items so that they can be returned to the police department.

If this letter accurately reflects our agreement, please acknowledge this by signing below where indicated and returning this document to my office via fax. Otherwise, please call us immediately to discuss this matter further. Thank you for your cooperation.

Mr. Joe Hernandez
Attorney at Law
April 15, 2002
Page 2

                                    Very truly yours,

                                    WILLETTE & GUERRA, L.L.P.

                                    By: _Eduardo G Garza_
                                                Eduardo G Garza

AGREED TO BY:

_____
Joe Hernandez on behalf of plaintiffs