# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
HUGH P. TOUCHY
EILEEN M. LEEDS

ELIZABETH SANDOVAL CANTU*
ROMAN "DINO" ESPARZA
EDUARDO G. GARZA
AMY LAWLER GONZALES
RYAN HENRY
SETH MOORE
JACQUELINE R. SALINAS*

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2296
FACSIMILE (956) 686-5913

United States District Court
Southern District of Texas
FILED

MAY 0 7 2002

Michael N. Milby
Clerk of Court

April 29, 2002

*Via Facsimile (956) 548-0522*
Mr. Joe Hernandez
Attorney at Law
955 E. Madison Street
Brownsville, Texas 78520

Re:  Cause No. B-01-173
Mary Olvera, et al. vs.
Juan Jose Treviño, et al.
For the Southern District of Texas
Brownsville Division
Our File No. 00-216 CW/EG

Dear Joe:

Pursuant to our conversation, please allow this letter to confirm our additional agreements in this case. The following dates are to be followed by the parties in conjunction with the court's scheduling order:

1. Complete Fact Witness Depositions: July 16, 2002

2. Mediation: By July 26, 2002 or within 10 days of completion of fact witness depositions should the witness deposition deadline above be extended

3. Production of expert reports  Within seven days of each expert's designation

If this correspondence accurately reflects the agreements we have made, please acknowledge

Mr. Joe Hernandez
Attorney at Law
April 29, 2002
Page 2

by signing below where indicated and returning this document to my office via fax. Otherwise, please call us immediately to discuss this matter further.

Very truly yours,

WILLETTE & GUERRA, L.L.P.

By: _Charles Willette_ /pEG
Charles Willette, Jr.

AGREED TO BY:

_____
Joe Hernandez on behalf of plaintiffs