United States District Court
Southern District of Texas
FILED

JUL 0 1 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY OLVERA, ET AL. | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-01-173 |
| | § | (636(C)) |
| VS. | § | (JURY REQUESTED) |
| | § | |
| JUAN JOSE TREVIÑO, ET AL. | § | |
| Defendants. | § | |

### PROPOSED AMENDMENTS TO RULE 16, F.R.C.P. SCHEDULING ORDER

<u>July 31, 2002</u>   **AMENDMENT OF PLEADINGS** must be accomplished by this date by Plaintiff.

<u>August 14, 2002</u>   **AMENDMENT OF PLEADINGS** must be accomplished by this date by Defendant.

<u>September 08, 2002</u>   **PLAINTIFFS' EXPERT DISCLOSURES** shall be made by this date, with defendant's expert disclosure to follow thirty days thereafter. <u>See</u> Fed.R.Civ.P. 26(a)(2).

1

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he has conferred with opposing counsel concerning this <u>Proposed Amendments to Rule 16, F.R.C.P.. Scheduling Order</u>. Opposing counsel is in agreement with these proposed amendments.

*Eduardo G Garza*
Eduardo G Garza