United States District Court
Southern District of Texas
ENTERED

JUL 0 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY OLVERA, ET AL. | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-01-173 |
| | § | (636(C)) |
| VS. | § | (JURY REQUESTED) |
| | § | |
| JUAN JOSE TREVIÑO, ET AL. | § | |
| Defendants. | § | |

## AMENDMENTS TO RULE 16, F.R.C.P. SCHEDULING ORDER

July 31, 2002    **AMENDMENT OF PLEADINGS** must be accomplished by this date by Plaintiff.

August 14, 2002    **AMENDMENT OF PLEADINGS** must be accomplished by this date by Defendant.

September 08, 2002    **PLAINTIFFS' EXPERT DISCLOSURES** shall be made by this date, with defendant's expert disclosure to follow thirty days thereafter. See Fed.R.Civ.P. 26(a)(2).

DONE at Brownsville, Texas, this _8th_ day of July 2002.

_____
Felix Recio
United States Magistrate Judge

1