IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY OLVERA, individually and as representative of the estate of DAVID OLVERA, deceased, and next friend of JACLYN OLVERA, DEBBIE OLVERA and IRIS OLVERA, minor children | § § § § § § § § | |
| vs. | § § | CIVIL ACTION NO. B-01-173<br><br>(JURY REQUESTED) |
| JUAN JOSE TREVINO, PEDRO DOMINGUEZ and JUAN MANUEL SALINAS, Individually and in their official capacities as police officers, BROWNSVILLE POLICE DEPARTMENT and CITY OF BROWNSVILLE | § § § § § § § | |

United States District Court
Southern District of Texas
FILED

JUL 26 2002

Michael N. Milby
Clerk of Court

## COUNSEL FOR PLAINTIFF'S UNOPPOSED *IN CAMERA* MOTION FOR LEAVE TO WITHDRAW AS ATTORNEYS OF RECORD

FOR *IN CAMERA* SUBMISSION TO THE COURT <u>ONLY</u>.

Respectfully submitted,

_____
Joe H. Hernández, Jr.
State Bar No. 09517700
USDC Adm. No. 15145
JOE H. HERNANDEZ, JR., P.L.L.C.
955 East Madison St.
Brownsville, Texas 78520-5949
Telephone: (956) 548-1221
Telecopier: (956) 548-1230
E-Mail: jhhj@swbell.net

Angela P. Nix
State Bar No. 15037600
USDC Adm. No. 15215
ANGELA P. NIX, P.C.
955 East Madison St.
Brownsville, Texas 78520
Telephone: (956) 548-0521
Telecopier: (956) 548-0522

ATTORNEYS FOR PLAINTIFF

## CERIFICATE OF CONFERENCE

I hereby certify that counsel for the parties in this case have conferred on this matter and the relief sought herein is not opposed.

_____
Joe H. Hernandez, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was served upon counsel of Defendants, Charles Willette, Jr., International Plaza, Suite 460, 3505 Boca Chica Blvd., Brownsville, Texas 78521, in accordance with the Federal Rules of Civil Procedure on the __26th__ day of __July__, 2002.

_____
Joe H. Hernandez, Jr.