IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARY OLVERA, individually § <br> and as representative of § <br> the estate of DAVID OLVERA, § <br> deceased, and next friend of § <br> JACLYN OLVERA, DEBBIE § <br> OLVERA and IRIS OLVERA, § <br> minor children § <br> § <br> vs. § <br> § <br> JUAN JOSE TREVINO, PEDRO § <br> DOMINGUEZ and JUAN § <br> MANUEL SALINAS, Individually § <br> and in their official capacities as § <br> police officers, BROWNSVILLE § <br> POLICE DEPARTMENT and § <br> CITY OF BROWNSVILLE § | CIVIL ACTION NO. B-01-173 <br> (636(c)) <br> (JURY REQUESTED) |

### ORDER SETTING HEARING

On this 31st day of July 2002, came on to be heard Counsel for Plaintiff's *In Camera* Motion for Leave to Withdraw as Attorneys of Record and, after due consideration of same, the Court finds this matter should be set for hearing. It is, therefore,

ORDERED that Counsel for Plaintiff's *In Camera* Motion for Leave to Withdraw as Attorneys of Record is set for hearing before The Honorable Felix Recio, United States Magistrate, on the 9th day of August 2002, at 9:00 a.m.

Signed and entered on this 31st day of July 2002.

_____
Judge Presiding