```
COURTROOM MINUTES:  Felix Recio Judge Presiding
                    Southern District of Texas, Brownsville Division

Courtroom Clerk    :   M Garcia
ERO                :   G Mendieta
CSO                :   Harolson
Law Clerk          :   R Byrd
Date               :   August 9, 2002 at 09:10 a.m.
------------------------------------------------------------------
CIVIL CASE NO.  B-01-173 (636(c))


MARY OLVERA ET AL                  *       JOE H HERNANDEZ JR
vs                                 *
JUAN JOSE TREVINO ET AL            *       E GARZA FOR C WILLETTE
------------------------------------------------------------------
```

## MOTION HEARING

Joe H Hernandez Jr and Angela Nix present for the plaintiffs;
E Garza on behalf of C Willette for Defendants;

The Court inquires if the plaintiff's are present for this hearing;

J Hernandez states to the Court that the Plaintiffs were given notice to be present;

The Court is concerned with the request to withdraw from this case and does not agree with it;
The Court states the plaintiffs need to be present for this hearing;

The Court resets the hearing for August 19, 2002 at 9:00 a.m. and requests briefs be filed from each side supporting their position;

Court adjourned.