COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | G Mendieta |
| CSO | : | Harolson |
| Law Clerk | : | R Byrd |
| Interpreter | : | S Cortez, present not needed |
| Date | : | August 19, 2002 at 09:00 a.m. |

United States District Court
Southern District of Texas
FILED

AUG 1 9 2002

Michael N. Milby
Clerk of Court

---

CIVIL CASE NO. B-01-173(636(c))

| Mary Olvera et al | * | Joe H Hernandez Jr |
| vs | * | |
| Juan Jose Trevino et al | * | Charles Willette Jr |

---

### PLAINTIFF'S *IN CAMERA* MOTION FOR LEAVE TO WITHDRAW

Attorney Joe H Hernandez Jr present for the Plaintiff's;
Attorney Charles Willette Jr present for the Defendants;

Pf's atty Hernandez states the Plaintiff's were notified by certified mail with return receipt requested; Counsel states Plaintiff's not present and provides the Court with a copy of the notice by certified mail;

The Court will hold this case in abeyance for a period of 3 months to give the Plaintiff's an opportunity to hire other counsel;

The Court sets a status hearing for 11/15/02 at 9:00 a.m.;

Court adjourned.