IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARY OLVERA, individually § <br> and as representative of § <br> the estate of DAVID OLVERA, § <br> deceased, and next friend of § <br> JACLYN OLVERA, DEBBIE § <br> OLVERA and IRIS OLVERA, § <br> minor children § <br> § <br> vs. § <br> § <br> JUAN JOSE TREVINO, PEDRO § <br> DOMINGUEZ and JUAN § <br> MANUEL SALINAS, Individually § <br> and in their official capacities as § <br> police officers, BROWNSVILLE § <br> POLICE DEPARTMENT and § <br> CITY OF BROWNSVILLE § | CIVIL ACTION NO. B-01-173 <br> (636(c)) <br> (JURY REQUESTED) |

### ORDER

On this 19th day of August 2002, came on to be heard Counsel for Plaintiff's *In Camera* Motion for Leave to Withdraw as Attorneys of Record and, after due consideration of same, it is the opinion of the Court that this case should be held in abeyance for a period of three (3) months in order to give Plaintiff the opportunity to secure new representation. It is, therefore,

ORDERED that the above-styled and numbered cause be, hereby, abated for a period of three (3) months in order to give Plaintiff the opportunity to secure new representation. It is, further,

ORDERED that a status conference on this matter be set for the 15th day of November 2002 at 9:00 a.m.

Signed and entered on this 19th day of August 2002.

_____
Honorable Felix Recio
Judge Presiding

APPROVED AS TO FORM:

_____
Joe H. Hernandez, Jr.
State Bar No. 09517700
USDC Adm. No. 15145

JOE H. HERNANDEZ, JR., P.L.L.C.
955 East Madison St.
Brownsville, Texas 78520-5949
Telephone: (956) 548-1221
Telecopier: (956) 548-1230
E-Mail: jhhj@swbell.net


WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893


By: Charles Willette, Jr. w/permission by Joe Hernandez
Charles Willette, Jr.
State Bar No. 21509700
USDC Adm. No. 1937