**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

Deputy Clerk:  Lydia M Villarreal
Law Clerk:     Ryan A Bryd
ERO:           Rita Nieto
CSO:           Ruben Salinas

Date:          Nov 15, 2002, 9:13 a.m.

United States District Court
Southern District of Texas
FILED

NOV 1 5 2002

Michael N. Milby
Clerk of Court

------------------------------------------------------------
                C.A. NO. B-01-173 (636(c))
------------------------------------------------------------

MARY OLVERA, Individually                *        Joe H Hernandez, Jr.

And as Representative of
the Estate of DAVID OLVERA, deceased              "

And Next Friend of JACLYN OLVERA         *        "
DEBBIE OLVERA, and IRIS OLVERA,
Minor Children

            Vs                           *

JUAN JOSE TREVINO,                       *        Charles Willette, Jr
PEDRO DOMINGUEZ,                                  & Eddie Garza
And JUAN MANUEL SALINAS, Individually
And in their Official Capacities as
Police Officers

BROWNSVILLE POLICE DEPARTMENT            *        "

And CITY BROWNSVILLE                     *        "
------------------------------------------------------------

## HEARING ON MOTION FOR LEAVE TO
## WITHDRAW AS ATTORNEY OF RECORD

Attorney Hernandez appeared for Plaintiff; attorney Willette appeared for defendants. Plaintiff MARY OLVERA did not appear.

Attorney Hernandez informed the Court that he had left written notice and telephone messages at MARY OLVERA's house and at her relatives.

Motion to Withdrawn as Attorney of Record (Pldg. No. 18) GRANTED. Order signed, filed and copies given to counsel.

A status conference is set for January 10, 2003, at 9:00 a.m. Order signed, filed and copies given to counsel.

The Clerk shall mail a copy of the Status Conference Order to Plaintiff MARY OLVERA. Her last known address is: 324 North Street, Brownsville, TX 78520.