IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARY OLVERA, individually and as representative of the estate of DAVID OLVERA, deceased, and next friend of JACLYN OLVERA, DEBBIE OLVERA, and IRIS OLVERA minor children,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>JUAN JOSE TREVIÑO, PEDRO DOMINGUEZ, and JUAN MANUEL SALINAS, individually and in their official capacities as police officers, the BROWNSVILLE POLICE DEPARTMENT, and the CITY OF BROWNSVILLE,<br>　　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

United States District Court
Southern District of Texas
FILED

NOV 15 2002

Michael N. Milby, Clerk of Court

CIVIL ACTION NO. B-01-173

(JURY REQUESTED)

### ORDER GRANTING UNOPPOSED MOTION
### FOR LEAVE TO WITHDRAW

On this the 15th day of November, 2002, came on to be heard Counsel for Plaintiff's Unopposed In Camera Motion for Leave to Withdraw as Attorneys of Record. The court, after previously considering said motion at a hearing on August 19, 2002, was of the opinion that this case should be held in abeyance for a period of three (3) months in order give Plaintiff the opportunity to secure new representation. Even though the plaintiff was given notice of the August 19, 2002, hearing, there was no appearance by the plaintiff. At the August 19th hearing the court set a status conference on this matter for the 15th day of November, 2002 and 9:00 a.m., wherein the court would again take up Counsel for Plaintiff's Unopposed In Camera Motion for Leave to Withdraw as Attorneys of Record and again ordered that the plaintiff be given notice of this hearing. The court having now been satisfied that plaintiff did receive notice of the November 15, 2002, hearing and Counsel for Plaintiff's Unopposed In Camera Motion for Leave to Withdraw as Attorneys of Record and further, the court having held this case in abeyance for three (3) months in order to give plaintiff the opportunity to secure new representation now finds that this motion can

go forward as previously urged. Further, the plaintiff not appearing at the November 15, 2002, hearing and no new representation having been secured by the plaintiff, the court finds good cause for granting said motion. It is, therefore,

ORDERED, that Joe H. Hernandez, Jr. P.L.L.C. and Angela P. Nix, P.C., counsel for plaintiff, are hereby granted leave to withdraw as attorneys of record for Plaintiff in this case.

SIGNED AND ENTERED on this the 15th day of November, 2002.

_____
HONORABLE FELIX RECIO
JUDGE PRESIDING

APPROVED AS TO FORM:

| | |
|---|---|
| JOE H. HERNANDEZ, JR., P.L.L.C.<br>955 East Madison St.<br>Brownsville, Texas 78520-5949<br>Telephone: 956-548-1221<br>Facsimile: 956-548-1230<br><br>By: _____<br>Joe H. Hernandez, Jr.<br>State Bar No. 09517700<br>USDC Adm. No. 15145 | WILLETTE & GUERRA, L.L.P.<br>International Plaza, Suite 460<br>3505 Boca Chica Blvd.<br>Brownsville, Texas 78521<br>Telephone: 956-541-1846<br>Facsimile: 956-541-1893<br><br>By: _____<br>Charles Willette, Jr.<br>State Bar No. 21509700<br>USDC Adm No. 1937 |