

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARY OLVERA, individually and as representative of the estate of DAVID OLVERA, deceased, and next friend of JACLYN OLVERA, DEBBIE OLVERA, and IRIS OLVERA minor children,<br>    Plaintiff,<br><br>VS.<br><br>JUAN JOSE TREVIÑO, PEDRO DOMINGUEZ, and JUAN MANUEL SALINAS, individually and in their official capacities as police officers, the BROWNSVILLE POLICE DEPARTMENT, and the CITY OF BROWNSVILLE,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

United States District Court
Southern District of Texas
FILED

NOV 15 2002

Michael N. Milby, Clerk of Court

CIVIL ACTION NO. B-01-173

(JURY REQUESTED)

### ORDER SETTING STATUS CONFERENCE

On this the 15th day of November, 2002, the court having previously heard and granted Counsel for Plaintiff's Unopposed In Camera Motion for Leave to Withdraw as Attorneys of Record has determined that this matter shall be set for another status conference to determine why this matter should not be dismissed for lack of prosecution. It is therefore,

ORDERED that the above styled and numbered cause be set for a status conference for the 10th day of January 2003 at 9 o'clock a.m. for the purpose of determining if this case should be dismissed for lack of prosecution. The clerk shall notify the plaintiff of this status conference by sending her a copy of this order via certified mail, return receipt requested at the plaintiff's last known address.

SIGNED AND ENTERED on this the 15th day of November, 2002.

_____
HONORABLE FELIX RECIO
JUDGE PRESIDING