# COURTROOM MINUTES

United States District Court
Southern District of Texas
FILED

JAN 1 0 2003

Michael N. Milby
Clerk of Court

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

Clerk:        Lydia M. Villarreal
Law Clerk:    Ryan A Byrd
ERO:          Rita Nieto
Interpreter:  Karen Pena
CSO:          Richard Harrelson

Date:         Jan 10, 2003, 9 am to 9:10 a.m.

## CIVIL NO. B01-173 (636(c))

| | |
|---|---|
| MARY OLVERA, ET AL | * |
| VS | * |
| JUAN JOSE TREVINO, ET AL | * Charles Willette, Jr. |

### STATUS HEARING

Plaintiff Mary Olvera appeared. Attorney Willette appeared for defendants.

Plaintiff Olvera requested a 60-day continuance to allow her time to look for an attorney. The defense had no objection. Request granted. Status hearing reset to March 6, 2003, at 9:00 a.m.

The Court requested Plaintiff's current address. Her address is 3325 Daisy Street, Brownsville, Texas 78520, telephone no. 956/504-7124.