27

United States District Court
Southern District of Texas

**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

MAR 0 6 2003

| | | |
|---|---|---|
| MARY OLVERA ET AL | § | Michael N. Milby, Clerk of Court |
| | | By Deputy Clerk |
| VS | § | CIVIL ACTION NO.   B-01-173 (636(C)) |
| JUAN JOSE TREVINO ET AL | § | |

## SCHEDULING ORDER

1.   Discovery must  be completed by                                                    __August 29, 2003__
     *Counsel may agree to continue discovery beyond the deadline, but there will be*
     *no intervention by the Court.  No continuances will be granted because of*
     *information acquired in post-deadline discovery.*

2.   Extension of time                                                                         __August 15, 2003__

3.   Request to amend pleadings                                                     __July 1, 2003__

4.   New parties must be joined by:                                               __July 1, 2003__
     *Furnish a copy of this scheduling order to new parties.*

5.   Disclosure of Expert Witnesses.                                             __July 1, 2003__

6.   Dispositive Motions will be filed by                                        __September 19, 2003__

7.   Motion Hearings set                                                                  __September 30, 2003__

8.   Joint pretrial order is due:                                                        __October 17, 2003__
     *The plaintiff(s) is responsible for filing the pretrial order on time.*

9.   Docket call and final pretrial conference before Judge Recio
     is set for 2:00 p.m. on:                                                            __October 30, 2003__

10.  The jury selection before Judge Recio is set for 9:00 a.m. on:   __October 31, 2003__

The case will remain on standby until tried.


Signed ___**March 6, 2003**_____, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge