```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :   M Garcia
ERO                :   R Nieto
CSO                :   Canant
Law Clerk          :   not present
Date               :   March 6, 2003 at 09:05 a.m.
```

United States District Court
Southern District of Texas
FILED

MAR - 6 2003

Michael N. Milby
Clerk of Court

---

CIVIL CASE NO. B-01-173 (636(c))

| | | |
|---|---|---|
| MARY OLVERA ET AL | * | PRO SE |
| VS | * | |
| JUAN JOSE TREVINO ET AL | * | C WILLETTE JR. |

---

## S T A T U S   C O N F E R E N C E

Plaintiff Mary Olvera present without counsel;
Charles Willette present for the defendants;

The Court addresses Ms Olvera;

Ms. Olvera informs the Court she was unable to obtain counsel and would like to appear pro-se;

Attorney Willette is not opposed and requests the Court enter a new scheduling order;

The Court establishes a new scheduling order without objection from either party;

The Court addresses Ms Olvera advising her of her right to have her case heard before a District Judge; The Court also informed her that a 636 consent was previously filed by her former attorneys and Mr Willette; The Court asked her if she wished to proceed with a 636;

Plaintiff Olvera proceeds to sign a Consent to Proceed Before a Magistrate Judge in open Court;

The Court advised Ms Olvera of her right to mediation;

Court adjourned.