===========================================================
UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS
===========================================================

MARY OLVERA ET AL           §
                            §
                            §
                            §
versus                      §   CIVIL ACTION NO.  B-01-173 (636(c))
                            §
JUAN JOSE TREVINO ET AL     §

*United States District Court*
*Southern District of Texas*
*ENTERED*
*MAR 0 7 2003*
*Michael N. Milby, Clerk of Court*
*By Deputy Clerk*

29

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| Mary Olvera | Self | 2/6/03 |
| Charles Willette | Defendants | 2/6/03 |

### ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

3/6/03
Date

_____
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.