*31*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARY OLVERA, ET AL | * | |
| vs | * | CIVIL ACTION NO. B01-173 |
| | | (636(c)) |
| JUAN JOSE TREVINO, ET AL | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

## DOCKET DATES

| | |
|---|---|
| DOCKET CALL & FINAL PRETRIAL CONFERENCE: | 10/30/03, 2:00 P.M. |
| JURY SELECTION: | 11/03/03, 9:00 A.M. (reset from 10/31/03) |
| JURY TRIAL: | 11/12/03, 9:00 A.M. |

### BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

PLACE:      U.S. Federal Building & Courthouse
            600 E. Harrison, 2nd Floor
            Brownsville, TX 78520

### BY ORDER OF THE COURT

August 7, 2003

cc:     ALL PARTIES