IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 3 0 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARY OLVERA, individually and as representative of the estate of DAVID OLVERA, deceased, and next friend of JACLYN OLVERA, DEBBIE OLVERA, and IRIS OLVERA minor children, <br>  Plaintiff, <br> VS. <br> JUAN JOSE TREVIÑO, PEDRO DOMINGUEZ, and JUAN MANUEL SALINAS, individually and in their official capacities as police officers, the BROWNSVILLE POLICE DEPARTMENT, and the CITY OF BROWNSVILLE, <br>  Defendants | CIVIL ACTION NO. B-01-173 <br><br> (JURY REQUESTED) |

**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

On the 30th day of September, 2003, this cause came on to be considered the Defendants' Motion for Summary Judgment. The Court, after reading the Defendants' Motion for Summary Judgment is of the opinion that such motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Defendants' Motion for Summary Judgment be and is hereby granted and that the that PLAINTIFFS take nothing against Defendants, Juan Jose Treviño, Pedro Dominguez and Juan Manuel Salinas, individually and in their official capacities as police officers, the Brownsville Police Department, and the City of Brownsville, and that all claims against Defendants be and are DISMISSED with prejudice.

SIGNED on this the 30th day of September, 2003.

_____
JUDGE PRESIDING

Charles Willette, 3505 Boca Chica, suite 460, Brownsville, Texas 78521
Mary Olvera, 3325 Daisy Street, Brownsville, Texas 78520

14